**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS LANGER,<br><br>Plaintiff,<br><br>v.<br><br>TWO PLUS FIVE FAMILY PARTNERSHIP, a California General Partnership; KURA SUSHI USA, INC., a Delaware Corporation; and Does 1-10,<br><br>Defendants. | Case No. 19cv1618-JAH (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On May 11, 2020, Plaintiff, Chris Langer, and Defendants, Two Plus Five Family Partnership *et al.*, filed a joint motion to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 24.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: May 12, 2020

_____
Hon. John A. Houston
United States District Judge